**Order entered March 23, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00115-CV

## IN RE COMMERCIAL CREDIT GROUP INC. AND ARTHUR CASTANON, Relators

**Original Proceeding from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-05562-2020**

### ORDER
Before Justices Schenck, Nowell, and Garcia

Before us is relators' February 22, 2021 petition for writ of mandamus. We request real party in interest and respondent file their response, if any, to the petition for writ of mandamus by **April 1, 2021.**


/s/    DENNISE GARCIA
       JUSTICE